DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
18 DECEMBER 2014

| 359P14 | Harold Bright Harris, Jr. v. Dr. Lawrence McClure-Caldwell, et al., and Al Jean Bogle: Clerk of Superior Court Catawba County, et al. | Plt's *Pro Se* Petition for *Writ of Mandamus* | Denied |
|---|---|---|---|
| 361P14 | State v. Samuel Gideon | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA14-38) | Denied<br><br>**Hunter, J., recused** |
| 362P14 | State v. George Anthony Graham | Def's PDR Under N.C.G.S. § 7A-31 (COA 14-157) | Denied |
| 365P14 | Jerome Brewer, Sabrina Brewer, and Matthew J. Brewer, by and through his *Guardian ad Litem*, Timothy T. Leach v. William P. Hunter, MD, Neuroscience & Spine Center of the Carolinas, PA, and Neuroscience & Spine Center of the Carolinas, LLP | 1. Def's Motion for Temporary Stay (COA14-7)<br><br>2. Def's Petition for *Writ of Supersedeas*<br><br>3. Def's PDR Under N.C.G.S. § 7A-31<br><br>4. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Allowed **10/07/2014** Dissolved **12/18/2014**<br><br>2. Denied<br><br>3. Denied<br><br>4. Dismissed as Moot<br><br>**Hunter, J., recused** |
| 368P14 | State v. Kirk James Keller | 1. Def's *Pro Se* Petition for *Writ of Mandamus*<br><br>2. Def's *Pro Se* Motion to Appoint Counsel | 1. Denied **11/13/2014**<br><br>2. Dismissed as Moot **11/13/2014** |
| 369P14 | State v. Donte Macon | Def's PDR Under N.C.G.S. § 7A-31 (COA14-122) | Denied |
| 371P14 | State v. Bartholomew Torain | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 372A14 | Hart, et al. v. State | 1. Def-Intervenors' Petition for Writ of Supersedeas<br><br>2. Def-Intervenors' Motion to Expedite | 1. See Special Order **12/12/2014**<br><br>2. Allowed, See Special Order **12/12/2014** |